Philip Pedi, Plaintiff-Appellee, v. Stanley Jagiencarz, Agnes Jagiencarz and Hoyne Savings & Loan Association, a corporation, Defendants. Stanley Jagiencarz and Agnes Jagiencarz, Defendants-Appellants.

Gen. No. 47,861.

First District, First Division.

April 25, 1960.

Weisbrod and Walter J. Wantuch (Maxfield Weisbrod, of counsel) for appellants; Ordower & Ordower (Benjamin Ordower, of counsel) for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.